B1 (Official Form 1) (04/13)

| **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Renault Winery, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **22-2147686** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**72 N. Bremen Avenue**<br>**Egg Harbor City, NJ**<br><br>ZIPCODE **08215** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Atlantic** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**72 N. Breman Avenue, Egg Harbor City, NJ**
ZIPCODE **08215**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                      Nonmain Proceeding |

| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Renault Winery, Inc.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)           Date

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Renault Winery, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X */s/ Scott M. Zauber, Esq.*
Signature of Attorney for Debtor(s)

**Scott M. Zauber, Esq. SZ6086**
**SUBRANNI ZAUBER LLC⬚⬚⬚⬚ ;ёA0ú°i ZAUBER**
**1624 Pacific Avenue**
**Atlantic City, NJ  08401-0000**

**szauber@subranni.com**

**November 13, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Joseph P. Milza, Sr.*
Signature of Authorized Individual

**Joseph P. Milza, Sr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 13, 2014**
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of New Jersey

IN RE:                                                          Case No. _____

Renault Winery, Inc.                                           Chapter **11**
_____
            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **State Of New Jersey**<br>**Division Of Employer Accounts**<br>**P.O. Box 283**<br>**Trenton, NJ  08646** | | | | 158,433.46 |
| **Fellheimer & Eichen, LLP**<br>**2 Liberty Place**<br>**50 SOuth 16th Street, Ste 3401**<br>**Philadelphia, PA  19102** | | | | 101,142.01 |
| **Archer & Greiner**<br>**POB 3000**<br>**Haddonfield, NJ  08033** | | | | 44,334.53 |
| **Seeton Turf Warehouse, LLC**<br>**25 Roland Ave.**<br>**Mt. Laurel, NJ  08054** | | | | 42,958.90 |
| **US Foodservice - Bridgeport**<br>**POB 820050**<br>**Philadelphia, PA  19182** | | | | 42,436.37 |
| **SVP Winery LLC**<br>**POB 195**<br>**Shandon, CA  93461** | | | | 29,345.00 |
| **Atlantic City Electric**<br>**POB 13610**<br>**Philadelphia, PA  19101** | | | | 17,458.07 |
| **Greater Philadelphia Radio, Inc.**<br>**1 Bala Plaza, Ste 339**<br>**Bala Cynwyd, PA  19004** | | | | 10,730.00 |
| **State Of New Jersey**<br>**Division Of Employer Accounts**<br>**P.O. Box 283**<br>**Trenton, NJ  08646** | | | | 8,041.32 |
| **Galloway Township**<br>**300 E. Jimmie Leeds Rd.**<br>**Galloway, NJ  08205** | | | | 7,280.93 |
| **Heffler, Radetich & Saitta**<br>**1515 Market St, Ste 1700**<br>**Philadelphia, PA  19102** | | | | 7,276.67 |
| **Wildwood Linen**<br>**POB 829**<br>**Wildwood, NJ  08260** | | | | 6,196.52 |
| **Paris Produce Company, Inc.**<br>**POB 1214**<br>**Pleasantville, NJ  08232** | | | | 6,151.49 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Friedman, LLP**<br>**327 Central Ave.**<br>**Linwood, NJ  08221** | **5,255.34** |
| **Taylor Oil Company**<br>**POB 974**<br>**Somerville, NJ  08876** | **4,969.64** |
| **John Deere Financial**<br>**POB 4450**<br>**Carol Stream, IL  60197** | **4,718.22** |
| **Tuckahoe Turf Farms, Inc.**<br>**POB 148**<br>**Hammonton, NJ  08037** | **4,057.23** |
| **Antigua Group, Inc.**<br>**2903 Paysphere Circle**<br>**Chicago, IL  60674** | **3,914.55** |
| **FootJoy**<br>**POB 83111**<br>**Chicago, IL  60695** | **3,742.37** |
| **Master Craft Decorators**<br>**320 Mecedon Center Road**<br>**Fairport, NY  14450** | **3,613.70** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **November 13, 2014**                    Signature:  */s/ Joseph P. Milza, Sr.*

**Joseph P. Milza, Sr., President**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                    Case No. _____

Renault Winery, Inc. _____    Chapter **11** _____

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $  11,099,600.00 | | |
| B - Personal Property | Yes | 5 | $      183,572.35 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   7,992,455.21 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $      183,183.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $      414,646.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 30 | $   11,283,172.35 | $   8,590,285.03 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** <u>Renault Winery, Inc.</u>        Case No. _____

     Debtor(s)                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1-A: Debtor's appraisal value and Bank's appraisal value for all real property consist of land owned by multiple companies with the average apprased value of $9.65 million** | | | 9,650,000.00 | 7,991,473.38 |
| **1-B: Tax assesssed values and Lot sizes used for information and identification purposes only.** | | | 0.00 | 0.00 |
| **2052-2054 Breman Avenue, Egg Harbor City, NJ 08215**<br>**40x300**<br>**Tax Assessed Value $1200** | | | 1,200.00 | 0.00 |
| **2108-2118 Baltimore Avenue, Egg Harbor City, NJ 08215**<br>**120x300**<br>**Tax Assessed Value $3600** | | | 3,600.00 | 7,991,473.38 |
| **62 N. Berlin Avenue, Galloway, NJ 08205**<br>**753.33x1156.50**<br>**Tax Assessed Value $168,500** | | | 168,500.00 | 7,991,473.38 |
| **Berlin Avenue, Galloway, NJ 08205 Block No.: 268 Lot No.: 10**<br>**Golf Course**<br>**Tax Assessed Value $957,500** | | | 957,500.00 | 7,991,473.38 |
| **Berlin Avenue, Galloway, NJ 08205; Block No.: 268 Lot No.: 12**<br>**753.33x1156.50**<br>**Tax Assessed Value $107,500** | | | 107,500.00 | 7,991,473.38 |
| **Berlin Avenue, Galloway, NJ 08205; Block No.: 268 Lot No.: 9**<br>**753.33x1156.50**<br>**Tax Assessed Value $20,000** | | | 20,000.00 | 7,991,473.38 |
| **Berlin Avenue, Galloway, NJ 08205; Block No.: 269 Lot No.: 5**<br>**753.33x1156.50**<br>**Tax Assessed value $20,000** | | | 20,000.00 | 0.00 |
| **Berlin Avenue, Galloway, NJ 08205l Block No.: 268 Lot No.: 11**<br>**753.33x1156.50**<br>**Tax Assessed Value $20,000** | | | 20,000.00 | 7,991,473.38 |
| **Bremen Avenue, Galloway, NJ 08205 Block No.: 268 Lot No.: 4**<br>**753.33x1156.50**<br>**Tax Assessed Value $20,000** | | | 20,000.00 | 7,991,473.38 |
| **Bremen Avenue, Galloway, NJ 08205; Block No.: 268 Lot No.: 3**<br>**753.33x1156.50**<br>**Tax Assessed Value $20,000** | | | 20,000.00 | 0.00 |
| **Liebig Street, Galloway, NJ 08205; Block No.: 269 Lot No.: 11**<br>**867.38x753.33**<br>**Tax Assessed Value $111,300** | | | 111,300.00 | 7,991,473.38 |
| | | **TOTAL** | **11,099,600.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07) – Cont.**

**IN RE** <u>Renault Winery, Inc.</u>         Case No. _____
       Debtor(s)                (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** <u>Renault Winery, Inc.</u>                                              Case No. _____
                 Debtor(s)                                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank - Business Account; Acocunt ending in xxxx815 $5,453;**<br>**Wells Fargo Bank - Business Account; Acocunt ending in xxxx131 $8,864;**<br>**Ocean City Home Bank - Commercial Checking; Account ending in xxxx670 $4,820** | | **19,137.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Renault Winery, Inc.**                                        Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable for Credit Cards** | | **1,500.00** |
| | | **Accounts Receivable for Pending Events:** | | **5,051.00** |
| | | **CDMF - Del Vecchio Golf Outing/ Dennis Del Vecchio - $3,543.00; Freschi/Kurilic Wedding reception / Jennifer Freschi - $1,508.00** | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Plenary Winery License** | | **5,000.00** |
| | | **License No: 3400-21-171-002** | | |
| | | **Yearly Application Required** | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Caddilac Sedan DeVille** | | **1,000.00** |
| | | **2001 Ford F150** | | **4,000.00** |
| | | **2004 Hummer** | | **18,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 computers; 1 set of shelving** | | **250.00** |
| | | **Equipment Lease** | | **1.00** |
| | | **Xerox W7535P and Xerox WC4250** | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Renault Winery, Inc.</u>                                                                Case No. _____
                          Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Back of House Equipment**<br>**4 Convection ovens - $1700; 2 Grills - $850;  3 Ten Burner ranges - $1800; 7 multi-compartment sinks - $3000; Dishwasher and table - $1800; Fryer - $350; 7 8' Stainless tables - $2200; 6 stainless dish caddie - $1100; 3 6' stainless tables - $1050; 2 6' stainless with heat lamps - $1150; 4' stainless with heat lamps - $350; 3 Hotboxes - $300; Shelves and spice rack - $1000; pizza oven - $900; 2 dough mixers - $1200; Reachinbox - $350; 2 Four Burner ranges - $1050; Pots & pans - $2800; 2 Double freezers - $1600; Double refrigerator - $900; 2 Single refrigerators - $650; Bain marie - $350; Fryer - $400; Kettle Gas - $900; Electric Tilt skillet - $600; Cutting table - $150; Slicer & Table - $750; Polly sianless prep table - $300** | | 29,400.00 |
| | | **Clavichord Piano - $300; Harp - $200; Beethoven Marble Bust - $500; 2 Monk Paintings - $200** | | 1,200.00 |
| | | **Front of House Equipment:**<br>**46 72" Banquet tables; 12 6' ft Banquet tables; 24 4" ft Banquest tables; 8 Seretine; 18 Cocktain rounds; 144 Gold Bankquet chairs; 186Burgundy Banquet Chairs; 168 Blue Banquet Chairs; 48 Light blue Banquet Chairs; 168 Ceremony Chairs; 12 High chairs; 12 Chafers; 24 Tray jacks; 1830 pieces of glassware; 3000 pieces of flatware; 1740 Banquet china; 900 pieces of Restaurant china; 30 Coffee pots; 510 Misc. coffee service items; 30 Football trays; 30 cocktail trays; 54 Gourmet Restaurant tables; 208 Gourmet Restaurant chairs** | | 23,208.00 |
| | | **Vineyard Equipment:**<br>**JD 5400 Spray tractsr - $3000; Massie Ferg Tractor - $2000; JD1020 - $100; Farmall - $100; Chismin Ryder Harvester - $5000; 6-" Brush Hog - $200; 48" Rototiller - $150** | | 10,550.00 |
| | | **Wine Plant Production Equipment:**<br>**Labelett Labeler - $2000; Bottling machins - $20,000; Orion plate and farm filter - $1000; D&E Filter - $1000; CEM counter pressuer 4 head filler - $1000; Worm drive pump - 41000; CEO pum - $1000; Plate and Fram filter - $400; Mill;ipour filter - $200; Semi automatic corker - $100; Enorossi 1/2 ton bladder press - $900; Must pump $100; Williams 3 ton bladder press - $900; Mueller open top fermentation tank - $100; 2 Fork list - $1500; 33 Stainless steel tanks - $8000; 52 wood oak - $530; 600 cases of bottles - $1000; 1167 cases wine plant - $3500** | | 43,330.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Renault Winery, Inc.**

Debtor(s)                                                      Case No. _____

                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | | **Gift Shop Inventory:**<br>**322 Bottles Blueberry Champagne at $5.27 each = $1,696.94**<br>**250 Bottles Merlot at $4.71 each = $1,177.50;**<br>**210 Bottles Royal Rougue at $4.30 each = $903.00;**<br>**170 Bottles Burgundy at $4.33 each = $736.10;**<br>**163 Bottles Fresello at $4.77 each = $777.51;**<br>**162 Bottles Sangria at $4.52 each = $732.24;**<br>**162 Bottles May Wine at $4.50 each = $729.00;**<br>**162 3 Wine Packs at $15.00 each = $2,430.00**<br>**153 Bottles Chardonnay at $4.77 each = $729.81;**<br>**152 Bottles White Syrah at $4.90 each = $744.80;**<br>**151 Bottles Reisling at $4.65 each = $702.15;**<br>**145 Bottles Garden State red at $4.50 each = $652.50;**<br>**126 Bottles Chablis at $4.72 each = $597.72;**<br>**125 Bottles Cabernet at $4.71 each = $588.75;**<br>**96 Bottles Pink Lady at $4.73 each = $454.08;**<br>**91 Bottles Cold Duck at $5.06 each = $460.46;**<br>**87 Bottles Fleur de Blanc at $4.50 each = $391.50;**<br>**81 Bottles Cynthiana at $4.50 each = $364.50;**<br>**81 Bottles Noah at $4.43 each = $358.83;**<br>**76 Bottles American Champagne at $5.06 each = $384.56;**<br>**46 Bottles American Port at $4.50 = $207.00;**<br>**36 Bottles Louis Nicholas Renault Champagne at $6.14 = $221.04;**<br>**36 Bottles Premium Cabernet at $4.99 each = $179.64;**<br>**28 Bottles Sauvignon Blanc at $5.33 each = 4149.24;**<br>**24 Bottles Premium Chardonnay at $5.39 each = $129.36;**<br>**20 Bottles White Port at $4.50 each = $90.00**<br>**125 T-Shirts at $3.00 each = $275.00; 50 pieces of glassware at $2.00 each = $100; 20 Cork pullers at 2.00 each = $40.00; 75 key chains at 2.00 each = $150.00; 150 miscellaneous merchandise at $10.00 = $1500; 160 Assorted Sodas and Juices at $1.00 ach = $160.00** | | 18,910.23 |
| | | **Gourmet Restaurant Inventory:**<br>**44 Bottles Merlot at $4.71 each - $207.24**<br>**20 Bottles Chardonnay at $4.77 each - $95.40**<br>**19 Bottles May Wine at $4.50 each - $85.50**<br>**19 Bottles Pink Lady at $4.73 each - $89.87**<br>**19 Bottles Reisling at $4.65 each - $88.35**<br>**16 Bottles Sangria at $4.52 each - $72.32**<br>**12 Bottles Fresello at $4.77 each - $57.24**<br>**12 Bottles Sauvignon Blanc at $5.33 each - $63.93**<br>**10 Bottles White Syrah at $4.90 each - $49.00**<br>**10 Bottles Cynthiana at $4.5 each - $45.00**<br>**9 Bottles Garden State Red at $4.50 each - $40.50**<br>**8 Bottles Blueberry Champagne at $5.27 each - $42.16**<br>**7 Bottles American Champagne at $5.06 each - $35.42**<br>**6 Bottles Royal Rouge at $4.30 each - $25.80**<br>**5 Pink Champagne at $5.15 each - $25.75**<br>**4 Bottles Burgundy at $4.33 each - $17.32**<br>**4 Cabernet Sauvignon at $4.71 - $18.84**<br>**1 American Port at $4.50 - $4.50**<br>**1 Premium Cabernet at 4.99 - $4.99** | | 1,069.16 |
| | | **Winery Cold Storage Inventory:**<br>**48 Bottles Blueberry Champagne at $5.27 each = $252.96;** | | 1,965.96 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Renault Winery, Inc.                                          Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **48 Bottle Fresello at $4.77 each = $228.96;** | | |
| | | **36 Bottles Sangria at $4.52 each = $162.72;** | | |
| | | **60 Bottles May Wine at $4.50 each = $270.00;** | | |
| | | **12 Bottles Chardonnay at $4.77 each = $57.24;** | | |
| | | **24 Bottles Riesling at $4.65 each = $111.60;** | | |
| | | **48 Bottles Pink Lady at $4.73 each = $227.04;** | | |
| | | **6 Bottles Cold Duck at $5.06 each = $30.36;** | | |
| | | **36 Bottles Fleur de Blanc at $4.50 each = $162.00** | | |
| | | **36 Bottles Noah at $4.43 each = $159.48;** | | |
| | | **60 Bottles American Champagne at $5.06 each = $303.60;** | | |
| | | **150 Assorted Sodas and Juices at $1.00 each = $150.00** | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **183,572.35** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Renault Winery, Inc.** _____    Case No. _____

Debtor(s)                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE __Renault Winery, Inc.__                                                    Case No. _____
                 Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1312201**<br><br>**Marlin Business Bank**<br>**2795 E. Cottonwood Parkway**<br>**Salt Lake City, UT  84121** | | | **UCC-1 on Xerox W7535P and Xerox WC4250 Protective Filing Re: Equipment Lease**<br><br>VALUE $ **1.00** | | | | **981.83** | **980.83** |
| ACCOUNT NO. **222169787**<br><br>**OceanFirst Bank**<br>**975 Hooper Ave.**<br>**Toms River, NJ  08753** | X | | **Mortgage and UCC-1 securing Real Property**<br><br>VALUE $ **9,650,000.00** | | | | **7,886,257.26** | |
| ACCOUNT NO. **202**<br><br>**OceanFirst Bank**<br>**975 Hooper Ave.**<br>**Toms River, NJ  08754** | | | **Second Mortgage**<br><br>VALUE $ **9,650,000.00** | | | | **105,216.12** | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

__0__ continuation sheets attached

|  | | Subtotal<br>(Total of this page) | $ **7,992,455.21** | $ **980.83** |
|---|---|---|---|---|
|  | | Total<br>(Use only on last page) | $ **7,992,455.21** | $ **980.83** |
|  | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** Renault Winery, Inc.                                                      Case No. _____
_____
Debtor(s)                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **3** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Renault Winery, Inc.**                                          Case No. _____
_____
Debtor(s)                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **940**<br>**Egg Harbor City Tax Office<br>500 London Avenue<br>Egg Harbor City, NJ  08215** | | | **Property Tax Lien 2052-2054 Bremen Avenue, Egg Harbor City, NJ 08215** | | | | 25.37 | 25.37 | |
| ACCOUNT NO. **970**<br>**Egg Harbor City Tax Office<br>500 London Avenue<br>Egg Harbor City, NJ  08215** | | | **Property Tax Lien 2108-2118 Blatimore Avenue, Egg Harbor City, NJ 08215** | | | | 76.10 | 76.10 | |
| ACCOUNT NO. **1534**<br>**Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ  08205** | | | **Property Tax Lien Bremen Avenue, Galloway, NJ 08205<br>Block No.: 268 Lot No.: 3** | | | | 257.45 | 257.45 | |
| ACCOUNT NO. **1540**<br>**Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ  08205** | | | **Property Tax Liability Berlin Avenue, Galloway, Nj 08205<br>Block No.: 268 Lot No.: 9** | | | | 257.45 | 257.45 | |
| ACCOUNT NO. **1535**<br>**Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ  08205** | | | **Property Tax Lien Bremen Avenue, Galloway, NJ 08205<br>Block No.: 268; Lot No.: 4** | | | | 257.45 | 257.45 | |
| ACCOUNT NO. **1541**<br>**Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ  08205** | | | **Property Tax Lien Berlin Avenue, Galloway, NJ 08205 Blcok No.: 268 Lot No.: 10** | | | | 7,280.93 | 7,280.93 | |

Sheet no. _____**1**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 8,154.75 | $ 8,154.75 | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE Renault Winery, Inc.                                              Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1542<br><br>Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ 08205 | | | Property Tax Lien Berlin Avenue, Galloway, Nj 08205<br>Block No.: 268 Lot No.: 11 | | | | 147.20 | 147.20 | |
| ACCOUNT NO. 1543<br><br>Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ 08205 | | | Property Tax Lien Berlin Avenue, Galloway, NJ 08205<br>Block No.: 268 Lot No.: 12 | | | | 1,618.08 | 1,618.08 | |
| ACCOUNT NO. 1548<br><br>Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ 08205 | | | Property Tax Lien Berlin Avenue, Galloway, NJ 08205<br>Blcok No.: 269 Lot  No.: 5 | | | | 156.02 | 156.02 | |
| ACCOUNT NO. 1549<br><br>Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ 08205 | | | Property Tax Lien 62 N. Berlin Avenue, Galloway, NJ 08205 | | | | 2,983.21 | 2,983.21 | |
| ACCOUNT NO. 1555<br><br>Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ 08205 | | | Property Tax Lien Liebig Street, Galloway, NJ 08205<br>Block No.: 269 Lot No.: 11 | | | | 1,895.20 | 1,895.20 | |
| ACCOUNT NO. DJ-178304-11<br><br>State Of New Jersey<br>Division Of Employer Accounts<br>P.O. Box 283<br>Trenton, NJ  08646 | | | Also: DJ-248593-12; DJ-163095-13; DJ-050943-14<br>941 Trust Fund Liabilities | | | | 158,433.46 | 158,433.46 | |

Sheet no. ___2___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 165,233.17 | $ 165,233.17 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  |  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Renault Winery, Inc.**                                                                    Case No. _____
_____                                                                  _____
        Debtor(s)                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **DJ-009752-12** <br><br> **State Of New Jersey** <br> **Division Of Employer Accounts** <br> **P.O. Box 283** <br> **Trenton, NJ  08646** | X | | **Also: DJ-237327-13** <br> **941 Trust Fund Liabilities** | | | | **8,041.32** | **8,041.32** | |
| ACCOUNT NO. **DJ-057411-12** <br><br> **State Of New Jersey** <br> **Division Of Employer Accounts** <br> **P.O. Box 283** <br> **Trenton, NJ  08646** | | | **941 Trust Fund Liabilties** | | | | **1,754.33** | **1,754.33** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **9,795.65** | $ **9,795.65** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **183,183.57** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **183,183.57** | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Renault Winery, Inc.                                    Case No. _____
              Debtor(s)                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **All Accounts** <br><br>**Aerus** <br>**2587 South Delsea Drive** <br>**Vineland, NJ  08360** | | | Other | | | | **18.96** |
| ACCOUNT NO. **RW8122** <br><br>**Alison Hopely** <br>**342 St. Clair Court** <br>**Mt. Laurel, NJ  08054** | | | Overpayment due to customer | | | | **202.02** |
| ACCOUNT NO. **RW8343** <br><br>**Amber Ballario** <br>**1613 Yagle Avenue** <br>**Prspect Park, PA  19706** | | | Overpayment due to customer | | | | **202.64** |
| ACCOUNT NO. **All Accounts** <br><br>**American Hotel Register Company** <br>**POB 71299** <br>**Chicago, IL  60394** | | | Other | | | | **640.72** |

_____ **14** continuation sheets attached

Subtotal
(Total of this page) $ **1,064.34**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Renault Winery, Inc.                                          Case No. _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3192LO** <br> **American Shipping** <br> **12864 Biscayne Blvd.** <br> **North Miami, FL  33181** | | | Other | | | | 243.55 |
| ACCOUNT NO. **40329** <br> **Antigua Group, Inc.** <br> **2903 Paysphere Circle** <br> **Chicago, IL  60674** | | | Other | | | | 3,914.55 |
| ACCOUNT NO. **792453216** <br> **Aramark Uniform Services** <br> **POB 28050** <br> **New York, NY  10087** | | | Other | | | | 976.85 |
| ACCOUNT NO. **All Accounts** <br> **Archer & Greiner** <br> **POB 3000** <br> **Haddonfield, NJ  08033** | | | Professional Fees | | | | 44,334.53 |
| ACCOUNT NO. **019241699990xxxx** <br> **Atlantic City Electric** <br> **POB 13610** <br> **Philadelphia, PA  19101** | | | Utilities | | | | 17,458.07 |
| ACCOUNT NO. **105932** <br> **Atlantic Irrigation Specialities, Inc.** <br> **POB 261** <br> **Battleboro, VT  05302** | | | Other | | | | 114.07 |
| ACCOUNT NO. **All accounts** <br> **Bacco Wine & Spirit, LLC** <br> **945 N. Plum St., Ste 8** <br> **Lancaster, PA  17602** | | | Other | | | | 195.40 |

Sheet no. _____**1**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  67,237.02

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Renault Winery, Inc.__                                  Case No. _____
        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **967** <br> **Bad Boys Termite And Pest Control** <br> **821 E. Berrywood Lane** <br> **Galloway, NJ 08205** | | | Other | | | | 422.65 |
| ACCOUNT NO. **All Accounts** <br> **Berry, Sahradnik, Kotzas & Oenson** <br> **POB 757** <br> **Toms River, NJ 08754** | | | Professional Fees | | | | 2,492.50 |
| ACCOUNT NO. **33204** <br> **Bridgestone Golf, Inc.** <br> **POB 2908** <br> **Carol Stream, IL 60132** | | | Other | | | | 1,107.00 |
| ACCOUNT NO. **All Accounts** <br> **Catamaran Media Co, LLC** <br> **POB 619** <br> **Northfield, NJ 08225** | | | Other | | | | 2,100.00 |
| ACCOUNT NO. **All Accounts** <br> **CIMS Gas Products, LLC** <br> **POB 609** <br> **Allenwood, NJ 08720** | | | Other | | | | 634.90 |
| ACCOUNT NO. **All Accounts** <br> **Classic Cakes** <br> **1821 East Sedgley Ave.** <br> **Philadelphia, PA 19124** | | | Other | | | | 3,237.45 |
| ACCOUNT NO. **95213470xxxx** <br> **Coca-Cola Bottling Co.** <br> **Marmora Sales Center** <br> **POB 8500-S-2735** <br> **Philadelphia, PA 19178** | | | Other | | | | 1,205.28 |

Sheet no. ____**2**__ of ___**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,199.78**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Renault Winery, Inc.            Case No. _____
        Debtor(s)                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RW8683** <br><br> **Connie Strohecker** <br> **AARP Chapter 62** <br> **1305 Judges Court** <br> **Sykesville, MD 21784** | | | **Overpyament due to customer** | | | | 100.00 |
| ACCOUNT NO. **RW8180** <br><br> **Corey Ifill** <br> **Reign Productions** <br> **1322 St. Marks Ave. Apt. B-3** <br> **Brooklyn, NY 11233** | | | **Overpayment due to customer** | | | | 100.00 |
| ACCOUNT NO. **All Accounts** <br><br> **Corim Industries** <br> **1112 Industrial Parkway** <br> **Brick, NJ 08724** | | | **Other** | | | | 965.23 |
| ACCOUNT NO. **All Accounts** <br><br> **Cosmic Spice & Speciality Foods** <br> **POB 595** <br> **Minotola, NJ 08341** | | | **Other** | | | | 224.95 |
| ACCOUNT NO. **1005623** <br><br> **Cutter & Buck** <br> **POB 34855** <br> **Seattle, WA 98124** | | | **Other** | | | | 3,093.73 |
| ACCOUNT NO. **All Accounts** <br><br> **Dennis Gibson, III** <br> **118 N. Bremen Ave.** <br> **Egg Harbor City, NJ 08215** | | | **Other** | | | | 1,400.00 |
| ACCOUNT NO. **All Accounts** <br><br> **Double-Time Web Design, LLC** <br> **34 J. Stoney Run** <br> **Maple Shade, NJ 08052** | | | **Other** | | | | 604.99 |

Sheet no. _____**3**___ of ___**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
            (Total of this page)   $   **6,488.90**

                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Renault Winery, Inc.                                                      Case No. _____
_____
              Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **All Accounts**<br>**Earp Cohn, PC**<br>**20 Brace Road, 4th Floor**<br>**Cherry Hill, NJ  08003-4000** | | | Other | | | | 684.00 |
| ACCOUNT NO. **19663924**<br>**Ecolab**<br>**POB 905327**<br>**Charlotte, NC  28290** | | | Other | | | | 625.43 |
| ACCOUNT NO. **RW8195**<br>**Ed Orth**<br>**Wolff Memorial Presbyterian Church**<br>**1180 Rte 22 West**<br>**Moutainside, NJ  07092** | | | Overpayment due to customer | | | | 100.00 |
| ACCOUNT NO. **All Accounts**<br>**Emmy Waste Management-BC**<br>**1822 A East Route 66, Ste 360**<br>**Glendora, CA  91740** | | | Other | | | | 921.32 |
| ACCOUNT NO. **77403**<br>**Equity Communications Inc.**<br>**8025 Black Horse Pike**<br>**West Atlantic City, NJ  08232** | | | Other | | | | 995.00 |
| ACCOUNT NO. **2128**<br>**EZLinks Golf**<br>**401 S. LaSalle St., Ste 302**<br>**Chicago, IL  60605** | | | Other | | | | 293.02 |
| ACCOUNT NO. **83035**<br>**F&A Distributors South**<br>**Allied Beverage Group**<br>**901 Pleasant Valley Ave.**<br>**Mt. Laurel, NJ  08054** | | | Other | | | | 3,458.03 |

Sheet no. ____**4**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,076.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Renault Winery, Inc.                                                                     Case No. _____
                    Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **67760** Federal Wine & Liquor Co. Attn: Pattie POB 519 Kearny, NJ 07032 | | | Other | | | | 409.35 |
| ACCOUNT NO. **All Accounts** Fellheimer & Eichen, LLP 2 Liberty Place 50 SOuth 16th Street, Ste 3401 Philadelphia, PA 19102 | | | Professional Fees | | | | 101,142.01 |
| ACCOUNT NO. **RENAU001** Finch Services, Inc. 1127 Littlestown Pike Westminster, MD 21157 | | | Other | | | | 794.33 |
| ACCOUNT NO. **RW8645** Florence Carey 851 S. Main Street Wilkes Barre, PA 18702 | | | Overpayment due to customer | | | | 85.85 |
| ACCOUNT NO. Following Entities are Co-Debtors on all Unsecured Debts: Renault Golf, LLC; Renault Winery Properties, LLC; Renault, LLC; Tuscany House, LLC, | X | | | | | | 0.00 |
| ACCOUNT NO. **All Accounts** FootJoy POB 83111 Chicago, IL 60695 | | | Other | | | | 3,742.37 |
| ACCOUNT NO. **All Accounts** Formica Brothers Bakery 2310 Artic Ave. Atlantic City, NJ 08401 | | | Other | | | | 283.10 |

Sheet no. ____**5**____ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 106,457.01

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Renault Winery, Inc.                                                                 Case No. _____
                    Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **All Accounts**<br>**Friedman, LLP**<br>**327 Central Ave.**<br>**Linwood, NJ 08221** | | | Professional Fees | | | | 5,255.34 |
| ACCOUNT NO. **All Accounts**<br>**George Senn Company**<br>**212 Philadelphia Ave.**<br>**Egg Harbor City, NJ 08215** | | | Other | | | | 49.22 |
| ACCOUNT NO. **All Accounts**<br>**Gino Pinto, Inc.**<br>**POB 72**<br>**Hammonton, NJ 08037** | | | Other | | | | 1,987.50 |
| ACCOUNT NO. **RENAULT**<br>**Golf Car Specialities, LLC**<br>**126 Industrial Parkway**<br>**Pottstown, PA 19464** | | | Other | | | | 1,821.01 |
| ACCOUNT NO. **DJ-140363-12**<br>**Greater Philadelphia Radio, Inc.**<br>**Attn: Dolchin Slotkin & Todd**<br>**50 S. 16th Ste., 35th Floor**<br>**Philadelphia, PA 19102** | | | Represents creditor | | | | Notice Only |
| ACCOUNT NO. **DJ-140363-12**<br>**Greater Philadelphia Radio, Inc.**<br>**1 Bala Plaza, Ste 339**<br>**Bala Cynwyd, PA 19004** | | | Judgment | | | | 10,730.00 |
| ACCOUNT NO. **2283**<br>**Harrison Beverage Co.**<br>**6812 Delilah Rd**<br>**Pleasantville, NJ 08232** | | | Other | | | | 1,057.30 |

Sheet no. ____**6**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | $ | 20,900.37 |
|---|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Renault Winery, Inc.</u>                                      Case No. _____
                 Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **All Accounts** <br> **Heffler, Radetich & Saitta** <br> **1515 Market St, Ste 1700** <br> **Philadelphia, PA  19102** | | | Professional Fees | | | | 7,276.67 |
| ACCOUNT NO. **6035322015010642xxxx** <br> **Home Depot Credit Services** <br> **POB 183175** <br> **Columbus, OH  43218** | | | Credit card debt | | | | 2,906.07 |
| ACCOUNT NO. **H5136** <br> **Hunterdon Brewing Co.** <br> **POB 1050** <br> **Whitehouse Station, NJ  08889** | | | Other | | | | 196.60 |
| ACCOUNT NO. **979** <br> **Interstate Distribution, Inc.** <br> **POB 371648** <br> **Yardley, PA  19067** | | | Other | | | | 151.00 |
| ACCOUNT NO. **11016** <br> **Interstate Outdoor Advertising** <br> **905 N. Kings Highway** <br> **Cherry Hill, NJ  08034** | | | Other | | | | 1,400.00 |
| ACCOUNT NO. **All Accounts** <br> **James W. Hendricks** <br> **411 Cains Mill Road** <br> **Williamstown, NJ  08094** | | | Other | | | | 250.00 |
| ACCOUNT NO. **RW8375** <br> **Jennifer Fimiani** <br> **401 N. Main Street Apt. 212A** <br> **Williamstown, NJ  08094** | | | Overpayment due to customer | | | | 1,411.65 |

Sheet no. _____**7**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **13,591.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Renault Winery, Inc.</u>                                        Case No. _____
                        Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0200054824002xxxx**<br>**John Deere Financial**<br>**POB 4450**<br>**Carol Stream, IL  60197** | | | Other | | | | 4,718.22 |
| ACCOUNT NO. **1828**<br>**Just Four Wheels, Inc.**<br>**POB 1086**<br>**Basecon, NJ  08201** | | | Other | | | | 148.84 |
| ACCOUNT NO. **T9850**<br>**Kramer Beverage Co.**<br>**POB 470**<br>**Hammonton, NJ  08037** | | | Other | | | | 953.50 |
| ACCOUNT NO. **All accounts**<br>**Lilies Floral Design**<br>**319 East Jimmie Leeds Road**<br>**Galloway, NJ  08205** | | | Other | | | | 2,790.00 |
| ACCOUNT NO. **All Accounts**<br>**LuxuryRes, Inc.**<br>**1736 Sunset Blvd.**<br>**Houston, TX  77005** | | | Other | | | | 686.79 |
| ACCOUNT NO. **All Accounts**<br>**Master Craft Decorators**<br>**320 Mecedon Center Road**<br>**Fairport, NY  14450** | | | Other | | | | 3,613.70 |
| ACCOUNT NO. **RW8965**<br>**Mauro Cammarano**<br>**White Star Tours**<br>**26 Lancaster Avenue**<br>**Reading, PA  19607** | | | Overpayment due to customer | | | | 23.54 |

Sheet no. _____**8**_ of _**14**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ 12,934.59

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Renault Winery, Inc.                                                   Case No. _____
            Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RW8519** <br><br>**Meghan Stokley** <br>**1007 Germantown Ave.** <br>**Philadelphia, PA  19123** | | | **Overpayment due to customer** | | | | 629.59 |
| ACCOUNT NO. **F-006330-14** <br><br>**Ocean First Bank** <br>**975 Hooper Avneu** <br>**Toms River, NJ  08754** | | | **Foreclosure Judgment** | | | | **Notice Only** |
| ACCOUNT NO. **All Accounts** <br><br>**Ocean Gourmet Distributing** <br>**POB 1158** <br>**Hampton  Bays, NY  11946** | | | **Other** | | | | 74.00 |
| ACCOUNT NO. **J-160632-14** <br><br>**OceanFirst Bank** <br>**Attn: Neal M. Ruben, Esq.** <br>**179 Avenue At The Commons, Ste 201** <br>**Shrewsbury, NJ  07702** | | | **Also; F-006330-14** <br>**Judgment & Foreclosure Judgment** | | | | **Notice Only** |
| ACCOUNT NO. **1001900/1001900C** <br><br>**Oenophilia** <br>**POB 1070** <br>**Charlotte, NC  28201** | | | **Other** | | | | 569.86 |
| ACCOUNT NO. **All Accounts** <br><br>**Paris Produce Company, Inc.** <br>**POB 1214** <br>**Pleasantville, NJ  08232** | | | **Other** | | | | 6,151.49 |
| ACCOUNT NO. **Renault** <br><br>**Pate Capitol Group** <br>**POB 670993** <br>**Dallas, TX  75367** | | | **Other** | | | | 3,245.00 |

Sheet no. _____**9**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,669.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Renault Winery, Inc.__ Case No. _____
           Debtor(s)                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **All Accounts** <br> **Petrosh's Big Top** <br> **455 Philadelphia Ave.** <br> **Egg Harbor City, NJ  08215** | | | Other | | | | 476.15 |
| ACCOUNT NO. **All Accounts** <br> **PGA Philadelphia Section** <br> **1009 Penllyn Pike** <br> **Lower Gwynedd, PA  19002** | | | Other | | | | 200.00 |
| ACCOUNT NO. **49474600** <br> **Philaelphia Newspapers, LLC** <br> **POB 822063** <br> **Philadelphia, PA  19182** | | | Other | | | | 2,400.00 |
| ACCOUNT NO. **75078320209** <br> **Pitney Bowes** <br> **POB 371874** <br> **Pittsburgh, PA  15250** | | | Other | | | | 525.54 |
| ACCOUNT NO. **All Accounts** <br> **Pocono Turf Shop** <br> **POB 372** <br> **Horsham, PA  19044** | | | Other | | | | 2,467.39 |
| ACCOUNT NO. **17680** <br> **Qzina Specialty Foods Inc.** <br> **POB 30943** <br> **New Yokr, NY  10087** | | | Other | | | | 745.47 |
| ACCOUNT NO. **10701** <br> **R&R Marketing LLC** <br> **POB 8128** <br> **Trenton, NJ  08650** | | | Other | | | | 425.88 |

Sheet no. ___**10**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 7,240.43

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** <u>Renault Winery, Inc.</u>                                    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **08215V** **R&R Products** **3334 East Milber Street** **Tucson, AZ  85714** | | | Other | | | | 3.92 |
| ACCOUNT NO. **RW8530** **Roni Bier** **307 1/2 F. Street NE** **Washington, DC  20002** | | | Overpayment due to customer | | | | 250.38 |
| ACCOUNT NO. **209805** **Saflok** **POB 890247** **Charlotte, NC  28289** | | | Other | | | | 178.84 |
| ACCOUNT NO. **RENAULT** **Samuels & Son** **3400 S. Lawrence Street** **Philadelphia, PA  19148** | | | Other | | | | 166.85 |
| ACCOUNT NO. **All Accounts** **Scott Silver PC** **524 Maple Ave.** **Linwood, NJ  08221** | | | Professional Fees | | | | 1,666.70 |
| ACCOUNT NO. **RENAULT** **Seeton Turf Warehouse, LLC** **25 Roland Ave.** **Mt. Laurel, NJ  08054** | | | Other | | | | 42,958.90 |
| ACCOUNT NO. **10235342101** **South Jersey Gas** **POB 6091** **Belmar, NJ  08099** | | | Utilities | | | | 2,799.15 |

Sheet no. _____**11**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **48,024.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Renault Winery, Inc.</u>                                            Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **All Accounts**<br>**South Jersey Paper Products**<br>**2400 Industrial Way**<br>**Vineland, NJ  08360** | | | Other | | | | 822.80 |
| ACCOUNT NO. **All Accounts**<br>**SVP Winery LLC**<br>**POB 195**<br>**Shandon, CA  93461** | | | Other | | | | 29,345.00 |
| ACCOUNT NO. **3.47551E+11**<br>**Sysco Food Services**<br>**POB 6499**<br>**Philadelphia, PA  19145** | | | Other | | | | 2,377.93 |
| ACCOUNT NO. **All Accounts**<br>**TAC Printing & Marketing Services**<br>**69 Route 50**<br>**Seaville, NJ  08230** | | | Other | | | | 2,119.30 |
| ACCOUNT NO. **10060654**<br>**Taylor Oil Company**<br>**POB 974**<br>**Somerville, NJ  08876** | | | Utilities | | | | 4,969.64 |
| ACCOUNT NO. **9464701**<br>**The Press Of Atlantic City Circulation**<br>**1000 W. Washington Ave.**<br>**Pleasantville, NJ  08232** | | | Other | | | | 90.00 |
| ACCOUNT NO. **101788**<br>**The Press Of Atlantic City Media Group**<br>**POB 3100**<br>**Pleasantville, NJ  08232** | | | Other | | | | 1,485.07 |

Sheet no. _____**12**__ of ____**14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                         $     **41,209.74**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Renault Winery, Inc.                                        Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **82150** <br><br> **The Warrell Corp.** <br> **3036 Solutions Center** <br> **Chicago, IL  60677** | | | Other | | | | **188.15** |
| ACCOUNT NO. **RW8638** <br><br> **Trisha DeJesus** | | | Overpayment due to csutomer | | | | **28.08** |
| ACCOUNT NO. **All Accounts** <br><br> **Tuckahoe Turf Farms, Inc.** <br> **POB 148** <br> **Hammonton, NJ  08037** | | | Other | | | | **4,057.23** |
| ACCOUNT NO. **All Accounts** <br><br> **United Refrigeration** <br> **POB 82-0100** <br> **Philadelphia, PA  19182** | | | Other | | | | **259.88** |
| ACCOUNT NO. **579102** <br><br> **US Foodservice - Bridgeport** <br> **POB 820050** <br> **Philadelphia, PA  19182** | | | Other | | | | **42,436.37** |
| ACCOUNT NO. **639** <br><br> **Val-U Auto Parts** <br> **1613 White Horse Pike** <br> **Egg Harbor City, NJ  08215** | | | Other | | | | **395.34** |
| ACCOUNT NO. **All Accounts** <br><br> **Valenti's Atlantic City Bread** <br> **200 Cambria Street, Ste A** <br> **Pleasantville, NJ  08232** | | | Other | | | | **1,676.70** |

Sheet no. _____**13**_____ of _____**14**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **49,041.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Renault Winery, Inc.                                          Case No. _____
_____
          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. C1455500<br>W.B. Mason Co., Inc.<br>POB 981101<br>Boston, MA  02298 | | | Other | | | | 2,045.55 |
| ACCOUNT NO. T9225<br>Warren Distributing Co.<br>200 S. Route 73<br>Blue Anchor, NJ  08037 | | | Other | | | | 296.00 |
| ACCOUNT NO. 4.06005E+14<br>Waste Management<br>PO Box 13648<br>Philadelphia, PA  19101-3648 | | | Other | | | | 1,560.78 |
| ACCOUNT NO. 66781<br>Wedding Pages, Inc.<br>1106 Mockingbird Drive<br>Omaha, NE  68137 | | | Other | | | | 675.00 |
| ACCOUNT NO. 897<br>Wildwood Linen<br>POB 829<br>Wildwood, NJ  08260 | | | Other | | | | 6,196.52 |
| ACCOUNT NO. All Accounts<br>Yeager Design<br>839 Hardingville Road<br>Monroeville, NJ  08343 | | | Other | | | | 735.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____14____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 11,508.85

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 414,646.25

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Renault Winery, Inc.**                                    Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Renault Winery, Inc.                                          Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Geraldine Milza** | **OceanFirst Bank**<br>**975 Hooper Ave.**<br>**Toms River, NJ  08753** |
| **Joseph P. Milza, Sr.** | **OceanFirst Bank**<br>**975 Hooper Ave.**<br>**Toms River, NJ  08753** |
| **Renault Golf, LLC** | **OceanFirst Bank**<br>**975 Hooper Ave.**<br>**Toms River, NJ  08753**<br><br>**State Of New Jersey**<br>**Division Of Employer Accounts**<br>**P.O. Box 283**<br>**Trenton, NJ  08646**<br><br>**Following Entities are Co-Debtors on all**<br>**Unsecured Debts: Renault Golf, LLC;**<br>**Renault Winery Properties, LLC; Renault,**<br>**LLC; Tuscany House, LLC,** |
| **Renault Realty Co., LLC** | **OceanFirst Bank**<br>**975 Hooper Ave.**<br>**Toms River, NJ  08753**<br><br>**Following Entities are Co-Debtors on all**<br>**Unsecured Debts: Renault Golf, LLC;**<br>**Renault Winery Properties, LLC; Renault,**<br>**LLC; Tuscany House, LLC,** |
| **Renault Winery Properties, LLC** | **OceanFirst Bank**<br>**975 Hooper Ave.**<br>**Toms River, NJ  08753**<br><br>**Following Entities are Co-Debtors on all**<br>**Unsecured Debts: Renault Golf, LLC;**<br>**Renault Winery Properties, LLC; Renault,**<br>**LLC; Tuscany House, LLC,** |
| **Tuscany House, LLC** | **OceanFirst Bank**<br>**975 Hooper Ave.**<br>**Toms River, NJ  08753**<br><br>**Following Entities are Co-Debtors on all**<br>**Unsecured Debts: Renault Golf, LLC;**<br>**Renault Winery Properties, LLC; Renault,**<br>**LLC; Tuscany House, LLC,** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE  Renault Winery, Inc. _____     Case No. _____

Debtor(s)                                                                                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

Debtor

Date: _____     Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Renault Winery, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**31** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 13, 2014** _____     Signature: */s/ Joseph P. Milza, Sr.* _____

**Joseph P. Milza, Sr.** _____

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                                     Case No. _____

Renault Winery, Inc.                                                          Chapter **11**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **-466,733.00** | **2012 - Business Income** |
| 0.00 | 2013 - Business Income<br>To be provided |
| 0.00 | 2014 - Business Income YTD<br>To be provided |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| 4Over, Inc. | 8/20/14-11/5/14 | 628.48 | 0.00 |
| Atlantic City Electric<br>POB 4875<br>Trenton, NJ  08650-0000 | 8/12/14-10/7/14 | 71,479.57 | 0.00 |
| Aerus<br>2587 South Delsea Drive<br>Vineland, NJ  08360-0000 | 10/13/14 | 73.48 | 0.00 |
| Aflac<br>1932 Wytonn Rd<br>Columbus, GA  31999-0000 | 9/8/14-10/14/14 | 1,294.21 | 0.00 |
| All American Containers Of Tampa | 10/13/14 | 884.00 | 0.00 |
| All Star Pro Golf | 10/7/14 | 174.09 | 0.00 |
| Al's Online Auto Parts, Inc. | 10/7/14 | 28.01 | 0.00 |
| Amazon.Com | 10/7/14 | 390.99 | 0.00 |
| American Hotel Register Company<br>POB 71299<br>Chicago, IL  60394-0000 | 8/12/14-9/22/14 | 795.62 | 0.00 |
| Amerihealth Insurance Co Of NJ | 8/12/14 | 41,141.08 | 0.00 |
| Andrea Johns | 8/12/14-10/14-14 | 1,330.00 | 0.00 |
| Antigua Group, Inc.<br>2903 Paysphere Circle<br>Chicago, IL  60674-0000 | 8/12/14-9/8/14 | 2,168.39 | 0.00 |
| Aramark Uniform Services<br>POB 28050<br>New York, NY  10087-0000 | 8/12/14-10/20/14 | 3,758.65 | 0.00 |
| Atlantic City Weddings.Com | 10/7/14 | 330.00 | 0.00 |
| Atlantic City Weekly | 10/20/14 | 295.00 | 0.00 |
| Atlantic Coast Productions, LLC | 9/8/14 | 856.00 | 0.00 |
| Atlantic County Clerk's Office | 10/7/14 | 120.00 | 0.00 |
| Atlantic Irrigation Specialities, Inc.<br>POB 261<br>Battleboro, VT  05302-0000 | 9/15/14 | 1,436.31 | 0.00 |
| Atlanticare Phys Grp AIM<br>PO Box 786061<br>Philadelphia, PA  19178-0000 | 8/15/14 | 235.00 | 0.00 |
| Attract China | 9/8/14 | 505.00 | 0.00 |
| Bacco Wine & Spirit, LLC<br>945 N. Plum St., Ste 8<br>Lancaster, PA  17602-0000 | 9/30/14-10/20/14 | 378.90 | 0.00 |
| Bad Boys Termite And Pest Control<br>821 E. Berrywood Lane<br>Galloway, NJ  08205-0000 | 8/12/14-9/8/14 | 1,808.80 | 0.00 |
| Bill Swenson & Sons Welding | 8/26/14 | 1,400.00 | 0.00 |
| Booking.Com | 8/20/14-10/20/14 | 796.05 | 0.00 |
| Bridgestone Golf, Inc.<br>POB 2908<br>Carol Stream, IL  60132-0000 | 9/15/14 | 1,555.17 | 0.00 |
| Butterhof's Farm & Home Supply | 9/8/14-9/30/14 | 2,258.32 | 0.00 |
| C.A.M. Co. | 8/12/14-8/20/14 | 560.62 | 0.00 |
| Callway Golf Company | 8/12/14-10/7/14 | 9,543.39 | 0.00 |
| Canada Dry Distributor Of AC | 9/3/14-10/20/14 | 752.02 | 0.00 |
| Capital One<br>POB 71083<br>Charlotte, NJ  28272-0000 | 8/19/14-10/13/14 | 1,860.99 | 0.00 |
| Carbons Golden Malted | 8/19/14 | 680.00 | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

4101 William Richardson Drive
South Bend, IN  46628-0000

| | | | |
|---|---|---|---|
| Catamaran Media Co, LLC<br>POB 619<br>Northfield, NJ  08225 | 8/12/14-9/22/14 | 5,508.10 | 0.00 |
| Cedar Creek High School | 9/8/14 | 400.00 | 0.00 |
| Chocolate Pretzel Heavan | 9/22/14 | 189.62 | 0.00 |
| CIMS Gas Products, LLC<br>POB 609<br>Allenwood, NJ  08720-0000 | 8/26/14-10/7/14 | 2,075.12 | 0.00 |
| Classic Cakes | 8/12/14-10/20/14 | 4,634.90 | 0.00 |
| CNA Insurance | 10/20/14 | 2,247.62 | 0.00 |
| Coca-Cola Bottling Co.<br>Marmora Sales Center<br>POB 8500-S-2735<br>Philadelphia, PA  19178-0000 | 8/12/14-11/3/14 | 10,945.74 | 0.00 |
| Comcast<br>POB 3005<br>Southeastern, PA  19398 | 8/8/14-11/8/14 | 6,116.41 | 0.00 |
| Chris Conrow | 10/14/14 | 81.50 | 0.00 |
| Corim Industries<br>1112 Industrial Parkway<br>Brick, NJ  08724-0000 | 8/12/14-10/20/14 | 3,475.89 | 0.00 |
| Cosmic Spice & Speciality Foods<br>POB 595<br>Minotola, NJ  08341-0000 | 8/12/14-10/20/14 | 1,453.55 | 0.00 |
| Craft Barn | 9/8/14 | 31.78 | 0.00 |
| Cutter & Buck<br>POB 34855<br>Seattle, WA  98124-0000 | 8/12/14-10/27/14 | 6,225.66 | 0.00 |
| DB Imports | 8/12/14-11/3/14 | 2,579.58 | 0.00 |
| Bob DePersia | 8/26/14-9/23/14 | 1,050.00 | 0.00 |
| Donna Jeanne Bagnole | 8/26/14-10/5/14 | 1,000.00 | 0.00 |
| Double 'D' Turf, LLC | 8/12/14-9/15/14 | 1,361.11 | 0.00 |
| Double-Time Web Design, LLC<br>34 J. Stoney Run<br>Maple Shade, NJ  08052-0000 | 8/12/14-10/20/14 | 3,963.95 | 0.00 |
| Easy Ice, LLC | 9/5/14-10/6/14 | 921.27 | 0.00 |
| E-Bottles.Com | 9/15/14 | 559.44 | 0.00 |
| Ecolab<br>POB 905327<br>Charlotte, NC  28290-0000 | 8/12/14-10/7/14 | 2,360.80 | 0.00 |
| Egg Harbor City Tax Offi<br>500 London Avenue<br>Egg Harbor City, NJ  08215-0000 | 8/12/14-9/30/14 | 48,409.38 | 0.00 |
| Emmy Waste Management-BC<br>1822 A East Route 66, Ste 360<br>Glendora, CA  91740-0000 | 10/20/14 | 690.99 | 0.00 |
| Equity Communications Inc.<br>8025 Black Horse Pike<br>West Atlantic City, NJ  08232-0000 | 9/8/14-9/22/14 | 2,149.10 | 0.00 |
| Expedia Inc. | 10/7/14 | 150.82 | 0.00 |
| EZLinks Golg<br>401 S. LaSalle St., Ste 302<br>Chicago, IL  60605-0000 | 8/12/14-10/20/14 | 1,757.25 | 0.00 |
| F&A Distributors South<br>Allied Beverage Group<br>901 Pleasant Valley Ave. | 8/12/14-11/3/14 | 24,220.78 | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Mt. Laurel, NJ  08054-0000

| | | | |
|---|---|---|---|
| FGDL | 8/11/14-8/25/14 | 191.76 | 0.00 |
| Federal Wine & Liquor Co.<br>Attn: Pattie<br>POB 519<br>Kearny, NJ  07032-0000 | 8/12/14-11/3/14 | 0.00 | 0.00 |
| FedEx | 8/12/14 | 56.13 | 0.00 |
| Finch Services, Inc.<br>1127 Littlestown Pike<br>Westminster, MD  21157-0000 | 9/15/14-10/20/14 | 1,397.22 | 0.00 |
| First Insurance Funding | 8/19/14-11/3/14 | 19,878.52 | 0.00 |
| Formica Brothers Bakery | 8/12/14-10/13/14 | 1,924.08 | 0.00 |
| Franklin Machine Products, Inc. | 9/3/14 | 396.29 | 0.00 |
| G. Neil | 10/27/14 | 59.66 | 0.00 |
| Galloway Township<br>300 E. Jimmie Leeds Rd.<br>Galloway, NJ  08205-0000 | 8/12/14-8/19/14 | 42,420.51 | 0.00 |
| Garden State Wine Growers Assoc. | 8/12/14-9/15/14 | 1,400.00 | 0.00 |
| GCS Service, Inc. | 9/8/14 | 1,144.44 | 0.00 |
| Genesis Turfgrass, Inc. | 8/12/14 | 842.29 | 0.00 |
| George Senn COmpany<br>212 Philadelphia Ave.<br>Egg Harbor City, NJ  08215-0000 | 8/12/14-9/22/14 | 524.09 | 0.00 |
| Gino Pinto, Inc.<br>POB 72<br>Hammonton, NJ  08037-0000 | 8/19/14-11/3/14 | 18,139.30 | 0.00 |
| Golf Car Specialities, LLC<br>126 Industrial Parkway<br>Pottstown, PA  19464-0000 | 8/12/14-10/27/14 | 10,562.06 | 0.00 |
| GPS Inc. | 8/26/14-10/7/14 | 1,250.00 | 0.00 |
| Grand Purpose Piano | 8/12/14 | 133.75 | 0.00 |
| Gusmer Enterprises, Inc. | 8/12/14-10/27/14 | 2,852.85 | 0.00 |
| Hamilton Group | 8/12/14 | 500.00 | 0.00 |
| Harrison Beverage Co.<br>6812 Delilah Rd<br>Pleasantville, NJ  08232 | 8/19/14-11/3/14 | 6,401.90 | 0.00 |
| Hired Entertainment | 8/26/14-11/3/14 | 3,725.00 | 0.00 |
| Home Depot Credit Services<br>POB 183175<br>Columbus, OH  43218-0000 | 8/12/14-10/13/14 | 3,248.24 | 0.00 |
| Horizon Blue Cross Blue Shielf - Dental<br>POB 1738<br>Newark, NJ  07101-0000 | 8/25/14-10/15/14 | 766.89 | 0.00 |
| Horizon Label, LLC | 9/30/14-10/20/14 | 4,982.04 | 0.00 |
| Hudson Energy | 9/8/14 | 3,000.00 | 0.00 |
| Huntington National Bank<br>POB 1558, Dept EA4W25<br>Columbus, OH  43216-0000 | 8/28/14-10/28/14 | 847.77 | 0.00 |
| InnQuest Software | 9/8/14-9/23/14 | 473.46 | 0.00 |
| Interstate Distribution, Onc.<br>POB 371648<br>Yardley, PA  19067-0000 | 9/8/14 | 360.00 | 0.00 |
| Interstate Outdoor Advertising<br>905 N. Kings Highway<br>Cherry Hill, NJ  08034-0000 | 8/12/14-10/7/14 | 11,248.50 | 0.00 |
| Jennifer VanGasbeck | 10/5/14 | 250.00 | 0.00 |
| John Deere Financial | 9/1/14-11/1/14 | 2,359.11 | 0.00 |

POB 5327
Madison, WI  53705-0000

| | | | |
|---|---|---|---|
| **JSE Computers** | 8/12/14-10/20/14 | 600.00 | 0.00 |
| **Just Four Wheels Inc.**<br>Attn: Steven Mitnick, Esq.<br>POB 429<br>Frenchtown, NJ  08825-0000 | 8/12/14-9/15/14 | 528.55 | 0.00 |
| **Kan-Haul, Inc.** | 8/12/14 | 1,500.00 | 0.00 |
| **Kathy Reed Productions, LLC** | 9/8/14-9/22/14 | 7,485.00 | 0.00 |
| **Kramer Beverage**<br>POB 470<br>Hammonton, NJ  08037-0000 | 8/12/14-11/3/14 | 9,419.10 | 0.00 |
| **Lawn & Golf Supply Co., Inc.** | 8/12/14-10/13/14 | 3,370.60 | 0.00 |
| **Lawson Products, Inc.** | 8/12/14 | 238.75 | |
| **Lilies Floral Design**<br>319 East Jimmie Leeds Road<br>Galloway, NJ  08205-0000 | 8/12/14-10/13/14 | 2,910.00 | |
| **LuxuryRes, Inc.**<br>1736 Sunset Blvd.<br>Houston, TX  77005-0000 | 8/12/14-10/27/14 | 2,307.36 | 0.00 |
| **M & M Gourmet Pretzels** | 8/12/14 | 189.62 | 0.00 |
| **Marlin Business Bank**<br>POB 13604<br>Philadelphia, PA  19101-0000 | 8/19/14-9/30/14 | 2,926.88 | 0.00 |
| **Master Carft Decorators**<br>320 Mecedon Center Road<br>Fairport, NY  14450-0000 | 8/12/14-10/13/14 | 11,313.64 | 0.00 |
| **MDA-Maxx Sunglasses** | 9/8/14 | 1,152.00 | 0.00 |
| **Merchant Bankcard** | 8/8/14-11/6/14 | 23,020.35 | 0.00 |
| **Messiaen Mills, USA** | 9/8/14 | 707.25 | 0.00 |
| **Mill Creek Apiary** | 8/12/14-9/30/14 | 770.00 | 0.00 |
| **Nelbud** | 8/12/14-10/7/14 | 1,236.92 | 0.00 |
| **New Jersey Lifestyle Online** | 8/12/14-9/22/14 | 4,880.00 | 0.00 |
| **New Jersey State Golf Assoc.** | 9/22/14 | 1,542.00 | 0.00 |
| **NJ Dept Of Health & Senior Svcs.** | 10/7/14 | 150.00 | 0.00 |
| **NJ Dept. Of Transportation** | 8/26/14 | 915.00 | 0.00 |
| **NJ Division Of Fire Safety** | 8/26/14 | 1,226.00 | 0.00 |
| **NJ Motor Vehicle Commission**<br>POB 017<br>Trenton, NJ  08666 | 10/3/14 | 228.50 | 0.00 |
| **NJBIA** | 8/12/14 | 625.00 | 0.00 |
| **NJH&LA** | 10/20/14 | 135.00 | 0.00 |
| **NJM Insurance Group**<br>301 Sullivan Way<br>West Trenton, NJ  08628 | 9/3/14-10/27/14 | 8,741.68 | 0.00 |
| **Nucky's World** | 9/15/14-10/20/14 | 924.00 | 0.00 |
| **Ocean City Home Bank**<br>1001 Asbury Avenue<br>Ocean City, NJ  08226 | 8/20/14 | 10.00 | 0.00 |
| **Ocean Gourmet Distributing**<br>POB 1158<br>Hampton  Bays, NY  11946-0000 | 9/22/14 | 148.00 | 0.00 |
| **Oenophilia**<br>POB 1070<br>Charlotte, NC  28201-0000 | 9/15/14 | 296.29 | 0.00 |
| **Barbara Ojamaa** | 8/19/14-11/4/14 | 1,308.00 | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Open Table | 8/28/14-10/30/14 | 2,316.58 | 0.00 |
| Otis Elevator | 9/22/14 | 1,919.97 | 0.00 |
| Paris Produce Company, Inc.<br>POB 1214<br>Pleasantville, NJ  08232-0000 | 8/12/14-11/3/14 | 34,014.59 | 0.00 |
| Pate Capitol Group<br>POB 670993<br>Dallas, TX  75367-0000 | 9/8/14-10/14-14 | 5,961.00 | 0.00 |
| Penn Jersey Paper | 9/8/14 | 555.48 | 0.00 |
| Philadelphia Newspapers<br>POB 8263<br>Philadelphia, PA  19101-0000 | 8/12/14-10/20/14 | 14,280.00 | 0.00 |
| Pine Creek Forestry, LLC | 9/15/14 | 500.00 | 0.00 |
| Pitney Bowes<br>POB 371874<br>Pittsburgh, PA  15250-0000 | 8/26/14-10/13/14 | 2,731.49 | 0.00 |
| Plant Food Company, Inc. | 9/15/14 | 596.20 | 0.00 |
| Pocono Turf Supply | 10/20/14 | 1,000.00 | 0.00 |
| Portocork | 8/12/14-10/20/14 | 2,573.50 | 0.00 |
| Poster Compliance Center | 9/15/14 | 80.19 | 0.00 |
| Presque Isle Wine Cellars | 9/22/14 | 452.24 | 0.00 |
| Primos Products, Inc. | 8/12/14-10/27/14 | 7,053.36 | 0.00 |
| Proforma Corporate Concepts | 8/26/14-9/30/14 | 2,380.02 | 0.00 |
| Project Management Institute | 9/19/14 | 129.00 | 0.00 |
| Promo Junction, LLC | 8/12/14-9/8/14 | 614.36 | 0.00 |
| Prospero Winery, Inc. | 8/12/14 | 186.95 | 0.00 |
| Point Pleasant Beach Chamber Of Commerce | 8/26/14 | 250.00 | 0.00 |
| Qzina Specialty Foods Inc.<br>POB 30943<br>New Yokr, NY  10087-0000 | 8/12/14-10/13/14 | 2,018.55 | 0.00 |
| R&R Marketing LLC<br>POB 8128<br>Trenton, NJ  08650-0000 | 9/30/14-10/13/14 | 296.87 | 0.00 |
| R.W. Brown Landscaping Co, LLC | 8/12/14-10/7/14 | 12,500.00 | 0.00 |
| Ratelock IBC | 8/13/14 | 193.62 | 0.00 |
| Referral Marketing Partners, Inc. | 10/13/14 | 300.00 | 0.00 |
| Reflections In Glass | 9/10/14 | 260.00 | 0.00 |
| Regional Tire Service | 8/12/14-10/13/14 | 228.62 | 0.00 |
| Rodio Tractor Sales | 8/13/14-9/30/14 | 457.52 | 0.00 |
| Roomservice Amenities | 8/26/14-10/13/14 | 2,246.24 | 0.00 |
| Round The Clock Security | 10/20/14 | 130.25 | 0.00 |
| Saflok<br>POB 890247<br>Charlotte, NC  28289-0000 | 9/15/14 | 190.34 | 0.00 |
| Sales & Use Tax | 8/13/14 | 500.00 | 0.00 |
| Samuels & Son<br>3400 S. Lawrence Street<br>Philadelphia, PA  19148-0000 | 8/12/14-11/3/14 | 1,012.80 | 0.00 |
| Scott Laboratories | 9/15/14 | 321.72 | 0.00 |
| Sea Isle Ice Co., Inc. | 8/12/14-10/13/14 | 2,021.00 | 0.00 |
| Seeton Turf Warehouse, LLC<br>25 Roland Ave.<br>Mt. Laurel, NJ  08054-0000 | 8/12/14-9/30/14 | 21,000.00 | 0.00 |
| Society For Human Resource Mgmt. | 9/22/14 | 185.00 | 0.00 |
| Siemens Building Technologies, Inc. | 8/12/14 | 2,279.10 | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| South Jersey Gas<br>POB 6091<br>Belmar, NJ  08099-0000 | 9/3/14-9/30/14 | 5,969.76 | 0.00 |
| South Jersey Paper Products<br>2400 Industrial Way<br>Vineland, NJ  08360 | 8/26/14-10/20/14 | 6,863.36 | 0.00 |
| South Jersey Tourism Corporation | 9/2/14 | 1,500.00 | 0.00 |
| South Jersey Well Drilling | 8/12/14 | 1,177.00 | 0.00 |
| State Of New Jersey<br>POB 245<br>Trenton, NJ  08695-0000 | 8/12/14-10/20/14 | 17,071.87 | 0.00 |
| Stephen Fromm | 8/19/14-10/14/14 | 396.00 | 0.00 |
| Stewart Business Systems | 8/26/14-9/8/14 | 2,777.97 | 0.00 |
| Suburban Propane<br>PO Box J<br>Whippany, NJ  07981-0000 | 8/12/14-10/13/14 | 4,888.56 | 0.00 |
| SVP Winery LLC<br>POB 195<br>Shandon, CA  93461-0000 | 8/12/14-9/2/14 | 22,531.00 | 0.00 |
| SynaTek | 8/12/14-10/20/14 | 5,500.00 | 0.00 |
| Sysco Food Services<br>POB 6499<br>Philadelphia, PA  19145-0000 | 8/12/14-10/14/14 | 7,111.74 | 0.00 |
| TAC Pringitng & Marketing Services<br>69 Route 50<br>Seaville, NJ  08230-0000 | 10/20/14 | 1,000.00 | 0.00 |
| Tax Break | 8/12/14 | 250.00 | 0.00 |
| Taylor Oil Company<br>POB 974<br>Somerville, NJ  08876-0000 | 8/12/14-10/20/14 | 20,185.41 | 0.00 |
| Technology Assigned Risk | 8/26/14 | 6,031.54 | 0.00 |
| The Craft Barn | 8/26/14 | 400.28 | 0.00 |
| The Press Of Atlantic City Circulation<br>1000 W. Washington Ave.<br>Pleasantville, NJ  08232-0000 | 9/15/14 | 6,371.56 | 0.00 |
| The Warrell Corp.<br>3036 Solutions Center<br>Chicago, IL  60677-0000 | 8/12/14 | 190.44 | 0.00 |
| Tiger | | 0.00 | 0.00 |
| TigerDirect.Com | 8/12/14-10/20/14 | 842.90 | 0.00 |
| Tomasella's Fire Protection<br>1100 N. Egg Harbor Road<br>Hammonton, NJ  08037 | 9/8/14 | 185.11 | 0.00 |
| Travelers<br>POB 660317<br>Dallas, TX  85266-0000 | 9/2/14-11/3/14 | 3,726.00 | 0.00 |
| Treasurer, State Of NJ | 10/20/14 | 80.00 | 0.00 |
| Turf Equipment & Supply Co. | 8/12/14-8/20/14 | 590.85 | 0.00 |
| Turf Trade | 8/19/14-10/27/14 | 19,340.31 | 0.00 |
| Uline | 9/8/14-9/30/14 | 759.29 | 0.00 |
| UPS<br>100 E. Campusview Blvd, Ste 300<br>Columbus, OH  43235-0000 | 8/14/14-11/6/14 | 1,585.69 | 0.00 |
| United Refrigeration<br>POB 82-0100<br>Philadelphia, PA  19182-0000 | 9/8/14 | 521.43 | 0.00 |
| United States Treasury | 8/12/14-8/19/14 | 26,870.37 | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Universal Supply<br>582 South Egg Harbor Rd<br>Hammonton, NJ  08037 | 8/18/14-9/8/14 | 2,212.76 | 0.00 |
| US Foodservice<br>POB 820050<br>Philadelphia, PA  19172-0000 | 8/14/14-11/3/14 | 202,669.75 | 0.00 |
| USGA | 10/20/14 | 110.00 | 0.00 |
| Valenti's Atlantic City Bread<br>200 Cambria Street, Ste A<br>Pleasantville, NJ  08232-0000 | 8/12/14-10/20/14 | 11,051.62 | 0.00 |
| Val-U Auto Parts<br>1613 White Horse Pike<br>Egg Harbor City, NJ  08215-0000 | 8/12/14-10/14/14 | 1,509.42 | 0.00 |
| Vassir Pool Management | 8/12/14 | 2,808.75 | 0.00 |
| VineTech | 8/26/14-9/3/14 | 1,650.00 | 0.00 |
| WB Mason<br>P.O. Box 111<br>Brockton, MA  02303 | 8/12/14-10/20/14 | 7,368.04 | 0.00 |
| Warren Distributing Co.<br>200 S. Route 73<br>Blue Anchor, NJ  08037-0000 | 8/12/14-11/3/14 | 2,743.00 | 0.00 |
| Waste Management<br>PO Box 13648<br>Philadelphia, PA  19101-3648 | 8/19/14-10/20/14 | 5,980.45 | 0.00 |
| Waterloo Containers | 8/26/14 | 0.00 | 0.00 |
| Webstaurant | 9/23/14-10/23/14 | 640.55 | 0.00 |
| Wedding Pages, Icn.<br>1106 Mockingbird Drive<br>Omaha, NE  68137-0000 | 10/20/14 | 510.00 | 0.00 |
| Wedding Wire | 9/30/14-10/20/14 | 3,875.00 | 0.00 |
| Weisbecker, Inc. | 8/12/14-9/8/14 | 7,500.00 | 0.00 |
| Wells Fargo<br>POB 29704<br>Phoenix, AZ  85038 | 8/8/14-10/8/14 | 13.00 | 0.00 |
| Wildwood Linen<br>POB 829<br>Wildwood, NJ  08260-0000 | 8/12/14-11/3/14 | 44,441.03 | 0.00 |
| Willow Specialties | 10/20/14 | 31.13 | 0.00 |
| WOBM-AM/WOBM-FM | 9/22/14 | 850.00 | 0.00 |
| World Class Flowers | 10/13/14 | 25.04 | 0.00 |
| Yamaha Motor Corporataion US<br>6555 Katella Ave.<br>Cypress, CA  90630-0000 | 9/3/14-10/1/14 | 14,520.00 | 0.00 |
| Yeager Design<br>839 Hardingville Road<br>Monroeville, NJ  08343-0000 | 9/15/14 | 860.00 | 0.00 |
| Zero Friction, LLC | 9/30/14 | 1,168.11 | 0.00 |

None ☑ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **OceanFirst Bank v. Renault Winery, Inc. et. al.**<br>**J-160632-14** | **Civil** | **Superior Court of New Jersey**<br>**Atlantic County** | **Judgment Entered** |
| **State of NJ Division of Employer Accounts v. Renault Winery, Inc.**<br>**DJ-178304-11; DJ-009752-12; DJ-057411-12; DJ-248593-12; DJ-248761-12; DJ-050943-14** | **Civil** | **Superior Court of New Jersey**<br>**Mercer County** | **Judgment Entered** |
| **Greater Philadelphia Radio, Inc. v. Renault Winery, Inc.**<br>**DJ-140363-12** | **Civil** | **Superior Court of New Jersey**<br>**Atlantic County** | **Judgment Entered** |
| **OceanFirst Bank v. Renault Winery, Inc.**<br>**F-006330-14** | **Foreclosure** | **Superior Court of New Jersey**<br>**Atlantic County** | **Judgment Entered** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Subranni Zauber LLC**<br>**1624 Pacific Avenue**<br>**Atlantic City, NJ  08401** | 11/3/14 | 5,000.00 |

**Fees and Costs through 11/12/2014: $29,893.80**
**Retainer Balance for Chapter 11 is $50,106.20**

| | | |
|---|---|---|
| Subranni Zauber LLC<br>1624 Pacific Avenue<br>Atlantic City, NJ  08401 | 11/10/14 | 16,000.00 |

**Fees and Costs through 11/12/2014: $29,893.80**
**Retainer Balance for Chapter 11 is $50,106.20**

| | | |
|---|---|---|
| Subranni Zauber LLC<br>1624 Pacific Avenue<br>Atlantic City, NJ  08401 | 11/12/14 | 59,000.00 |

**Fees and Costs through 11/12/2014: $29,893.80**
**Retainer Balance for Chapter 11 is $50,106.20**

---

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER<br>**Deposits Received For Future Events** | DESCRIPTION AND VALUE OF PROPERTY<br>**$60,705.82** | LOCATION OF PROPERTY<br>**Cash and Credit Card Deposits**<br>**for**<br>**Future Events at Renault Winery** |
|---|---|---|

**RW8831 - $1,079.52; RW9002; $100; RW8665 $3,655.30; RW9001 - $500; RE8915 - $500; RW8927 - $200;**
**RW8874 - $100; RW8932 - $100; RW8854 - $100; RW9007 - $500; RW8993 - $100; RW8998 - $500;**
**RW8891 - $100; RW8979 - $500; RW9013 - $500; RW8829 - $100; RW8898 - $250; RW9006 - $100;**
**RW8897 - $100; RW9012- $100; RW8997 - $250; RW89785 - $500; RW9009 - $500; RW8361 - $500;**
**RW8361 - $2,000; RW9024 - $500; RW8911 - $500; RW8200 - $1,500; RW9021 - $500; RW8964 - $500;**
**RW9010 - $500; RW8653 - $1,500; RW8713 - $1,500; RW8938 - $500; RW8330 - $6,500; RW8779 - $500**
**RW8827 - $1,500; RW8851 - $500; RW8763 - $1,500; RW9004 - $100; RW8857 - $500; RW8678 - $500**
**RW9015 - $200; RW8774 - $1,500; RW8878 - $500; RW8758 - $500; RW8729 - $500; RW8912 - $500;**
**RW8982 - $500; RW8864 - $500; RW8510 - $500; RW8867 - $5,500; RW8680 - $500; RW9005 - $500**
**RW9030 - $500; RW8879 - $500; RW8936 - $500; RW8691 - $500; RW8840 - $500; RW8904 - $500;**
**RW9016 - $100; RW8846 - $500; RW8813 - $25; RW8902 - $500; RW8955 - $500; RW8756 - $500; RW8989 - $500; RW8866 - $500;**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

RW8626 - $500; RW8809 - $500;  RW8669 - $500; RW8968 - $500;
RW8842 - $500; RW9000 - $500; RW8526 - $500; RW8412 - $500; RW8970 - $500; RW8974 - $500;
RW8978 - $500; RW8914 - $500; RW9028 - $500; RW8990 - $500; RW9029 - $500; RW8841 - $2,025;
RW9018 - $500; RW9011 - $821

**Gifts Cards Presently Outstanding**                    $196,936.40

**Joint Asset with Tuscany House, LLC**

---

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | N/A | | |

None ☐ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | N/A | | |

None ☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| N/A | | |

---

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|-------------------|---------------------------|
| Renault Winery, Inc. | 22-2147686 | 72 N. Bremen Avenue<br>Egg Harbor City, NJ  08215-0000 | Full Service Restaurant/Winery | 3/10/1977 - Present |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| Richard A. Fragale, Cpa<br>Heffler Radetich & Saitta<br>1515 Market Street, Suite 1700<br>Philadelphia, PA  19102 | 2009-2012 |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| N/A | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS |
|------------------|
| N/A |

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| N/A | |

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| | N/A | |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|----------------------------------------------------|
| | N/A |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**21. Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| N/A | | 0.000000 |

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Joseph P. Milza, Sr.**<br>**2111 Bremen Avenue**<br>**Egg Harbor City, NJ  08215** | **President** | **100%** |

**22. Former partners, officers, directors and shareholders**

None ☐  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF WITHDRAWAL |
|---|---|
| N/A | |

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| N/A | | |

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| N/A | | |

**24. Tax Consolidation Group**

None ☐  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| N/A | |

**25. Pension Funds.**

None ☐  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| N/A | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 13, 2014**          Signature: ***/s/ Joseph P. Milza, Sr.***

**Joseph P. Milza, Sr., President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                                    Case No. _____

__Renault Winery, Inc.__                                                                  Chapter __11__ _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____**80,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____**29,893.80**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____**50,106.20**

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
    e.  [Other provisions as needed]
    **The terms and conditions contained in the retainer agreement are incorporated by reference herein. Retainer balance for Chapter 11 is $50,106.20.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **The terms and conditions contained in the retainer agreement are incorporated by reference herein. Retainer balance for Chapter 11 is $50,106.20.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____    __/s/ Scott M. Zauber, Esq.__ _____
    __November 13, 2014__
    Date                       Scott M. Zauber, Esq. SZ6086
                               SUBRANNI ZAUBER LLC□□□□□□ ;ÈA0ú°í ZAUBER
                               1624 Pacific Avenue
                               Atlantic City, NJ  08401-0000

                               szauber@subranni.com

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

Form B 201A, Notice to Consumer Debtor(s)

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                          Case No. _____

Renault Winery, Inc. _____    Chapter **11** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **November 13, 2014** _____    Signature: */s/ Joseph P. Milza, Sr.* _____
                                              **Joseph P. Milza, Sr., President**                                    Debtor


Date: _____    Signature: _____
                                                                                      Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Renault Winery, Inc.
72 N. Bremen Avenue
Egg Harbor City, NJ  08215

Atlantic City Electric
POB 13610
Philadelphia, PA  19101

Connie Strohecker
AARP Chapter 62
1305 Judges Court
Sykesville, MD  21784

SUBRANNI ZAUBER LLC□□□□ ;ëA0ú°i
ZAUBER
1624 Pacific Avenue
Atlantic City, NJ  08401-0000

Atlantic Irrigation Specialities, Inc.
POB 261
Battleboro, VT  05302

Corey Ifill
Reign Productions
1322 St. Marks Ave. Apt. B-3
Brooklyn, NY  11233

Aerus
2587 South Delsea Drive
Vineland, NJ  08360

Bacco Wine & Spirit, LLC
945 N. Plum St., Ste 8
Lancaster, PA  17602

Corim Industries
1112 Industrial Parkway
Brick, NJ  08724

Alison Hopely
342 St. Clair Court
Mt. Laurel, NJ  08054

Bad Boys Termite And Pest Control
821 E. Berrywood Lane
Galloway, NJ  08205

Cosmic Spice & Speciality Foods
POB 595
Minotola, NJ  08341

Amber Ballario
1613 Yagle Avenue
Prspect Park, PA  19706

Berry, Sahradnik, Kotzas & Oenson
POB 757
Toms River, NJ  08754

Cutter & Buck
POB 34855
Seattle, WA  98124

American Hotel Register Company
POB 71299
Chicago, IL  60394

Bridgestone Golf, Inc.
POB 2908
Carol Stream, IL  60132

Dennis Gibson, III
118 N. Bremen Ave.
Egg Harbor City, NJ  08215

American Shipping
12864 Biscayne Blvd.
North Miami, FL  33181

Catamaran Media Co, LLC
POB 619
Northfield, NJ  08225

Double-Time Web Design, LLC
34 J. Stoney Run
Maple Shade, NJ  08052

Antigua Group, Inc.
2903 Paysphere Circle
Chicago, IL  60674

CIMS Gas Products, LLC
POB 609
Allenwood, NJ  08720

Earp Cohn, PC
20 Brace Road, 4th Floor
Cherry Hill, NJ  08003-4000

Aramark Uniform Services
POB 28050
New York, NY  10087

Classic Cakes
1821 East Sedgley Ave.
Philadelphia, PA  19124

Ecolab
POB 905327
Charlotte, NC  28290

Archer & Greiner
POB 3000
Haddonfield, NJ  08033

Coca-Cola Bottling Co.
Marmora Sales Center
POB 8500-S-2735
Philadelphia, PA  19178

Ed Orth
Wolff Memorial Presbyterian Church
1180 Rte 22 West
Moutainside, NJ  07092

Egg Harbor City Tax Office
500 London Avenue
Egg Harbor City, NJ  08215

FootJoy
POB 83111
Chicago, IL  60695

Heffler, Radetich & Saitta
1515 Market St, Ste 1700
Philadelphia, PA  19102


Emmy Waste Management-BC
1822 A East Route 66, Ste 360
Glendora, CA  91740

Formica Brothers Bakery
2310 Artic Ave.
Atlantic City, NJ  08401

Home Depot Credit Services
POB 183175
Columbus, OH  43218


Equity Communications Inc.
8025 Black Horse Pike
West Atlantic City, NJ  08232

Friedman, LLP
327 Central Ave.
Linwood, NJ  08221

Hunterdon Brewing Co.
POB 1050
Whitehouse Station, NJ  08889


EZLinks Golf
401 S. LaSalle St., Ste 302
Chicago, IL  60605

Galloway Township
300 E. Jimmie Leeds Rd.
Galloway, NJ  08205

Interstate Distribution, Inc.
POB 371648
Yardley, PA  19067


F&A Distributors South
Allied Beverage Group
901 Pleasant Valley Ave.
Mt. Laurel, NJ  08054

George Senn Company
212 Philadelphia Ave.
Egg Harbor City, NJ  08215

Interstate Outdoor Advertising
905 N. Kings Highway
Cherry Hill, NJ  08034


Federal Wine & Liquor Co.
Attn: Pattie
POB 519
Kearny, NJ  07032

Gino Pinto, Inc.
POB 72
Hammonton, NJ  08037

James W. Hendricks
411 Cains Mill Road
Williamstown, NJ  08094


Fellheimer & Eichen, LLP
2 Liberty Place
50 SOuth 16th Street, Ste 3401
Philadelphia, PA  19102

Golf Car Specialities, LLC
126 Industrial Parkway
Pottstown, PA  19464

Jennifer Fimiani
401 N. Main Street Apt. 212A
Williamstown, NJ  08094


Finch Services, Inc.
1127 Littlestown Pike
Westminster, MD  21157

Greater Philadelphia Radio, Inc.
Attn: Dolchin Slotkin & Todd
50 S. 16th Ste., 35th Floor
Philadelphia, PA  19102

John Deere Financial
POB 4450
Carol Stream, IL  60197


Florence Carey
851 S. Main Street
Wilkes Barre, PA  18702

Greater Philadelphia Radio, Inc.
1 Bala Plaza, Ste 339
Bala Cynwyd, PA  19004

Just Four Wheels, Inc.
POB 1086
Basecon, NJ  08201


Following Entities are Co-Debtors on all
Unsecured Debts: Renault Golf, LLC;
Renault Winery Properties, LLC; Renault,
LLC; Tuscany House, LLC,

Harrison Beverage Co.
6812 Delilah Rd
Pleasantville, NJ  08232

Kramer Beverage Co.
POB 470
Hammonton, NJ  08037

Lilies Floral Design
319 East Jimmie Leeds Road
Galloway, NJ  08205

OceanFirst Bank
Attn: Neal M. Ruben, Esq.
179 Avenue At The Commons, Ste 201
Shrewsbury, NJ  07702

R&R Marketing LLC
POB 8128
Trenton, NJ  08650

LuxuryRes, Inc.
1736 Sunset Blvd.
Houston, TX  77005

Oenophilia
POB 1070
Charlotte, NC  28201

R&R Products
3334 East Milber Street
Tucson, AZ  85714

Marlin Business Bank
2795 E. Cottonwood Parkway
Salt Lake City, UT  84121

Paris Produce Company, Inc.
POB 1214
Pleasantville, NJ  08232

Roni Bier
307 1/2 F. Street NE
Washington, DC  20002

Master Craft Decorators
320 Mecedon Center Road
Fairport, NY  14450

Pate Capitol Group
POB 670993
Dallas, TX  75367

Saflok
POB 890247
Charlotte, NC  28289

Mauro Cammarano
White Star Tours
26 Lancaster Avenue
Reading, PA  19607

Petrosh's Big Top
455 Philadelphia Ave.
Egg Harbor City, NJ  08215

Samuels & Son
3400 S. Lawrence Street
Philadelphia, PA  19148

Meghan Stokley
1007 Germantown Ave.
Philadelphia, PA  19123

PGA Philadelphia Section
1009 Penllyn Pike
Lower Gwynedd, PA  19002

Scott Silver PC
524 Maple Ave.
Linwood, NJ  08221

Ocean First Bank
975 Hooper Avneu
Toms River, NJ  08754

Philaelphia Newspapers, LLC
POB 822063
Philadelphia, PA  19182

Seeton Turf Warehouse, LLC
25 Roland Ave.
Mt. Laurel, NJ  08054

Ocean Gourmet Distributing
POB 1158
Hampton  Bays, NY  11946

Pitney Bowes
POB 371874
Pittsburgh, PA  15250

South Jersey Gas
POB 6091
Belmar, NJ  08099

OceanFirst Bank
975 Hooper Ave.
Toms River, NJ  08754

Pocono Turf Shop
POB 372
Horsham, PA  19044

South Jersey Paper Products
2400 Industrial Way
Vineland, NJ  08360

OceanFirst Bank
975 Hooper Ave.
Toms River, NJ  08753

Qzina Specialty Foods Inc.
POB 30943
New Yokr, NY  10087

State Of New Jersey
Division Of Employer Accounts
P.O. Box 283
Trenton, NJ  08646

SVP Winery LLC
POB 195
Shandon, CA  93461

Val-U Auto Parts
1613 White Horse Pike
Egg Harbor City, NJ  08215

Sysco Food Services
POB 6499
Philadelphia, PA  19145

Valenti's Atlantic City Bread
200 Cambria Street, Ste A
Pleasantville, NJ  08232

TAC Printing & Marketing Services
69 Route 50
Seaville, NJ  08230

W.B. Mason Co., Inc.
POB 981101
Boston, MA  02298

Taylor Oil Company
POB 974
Somerville, NJ  08876

Warren Distributing Co.
200 S. Route 73
Blue Anchor, NJ  08037

The Press Of Atlantic City Circulation
1000 W. Washington Ave.
Pleasantville, NJ  08232

Waste Management
PO Box 13648
Philadelphia, PA  19101-3648

The Press Of Atlantic City Media Group
POB 3100
Pleasantville, NJ  08232

Wedding Pages, Inc.
1106 Mockingbird Drive
Omaha, NE  68137

The Warrell Corp.
3036 Solutions Center
Chicago, IL  60677

Wildwood Linen
POB 829
Wildwood, NJ  08260

Tuckahoe Turf Farms, Inc.
POB 148
Hammonton, NJ  08037

Yeager Design
839 Hardingville Road
Monroeville, NJ  08343

United Refrigeration
POB 82-0100
Philadelphia, PA  19182

US Foodservice - Bridgeport
POB 820050
Philadelphia, PA  19182

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## District of New Jersey

IN RE:                                                                    Case No. _____

Renault Winery, Inc._____                    Chapter **11**_____
                          Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                    the Social Security number of the officer,
_____          principal, responsible person, or partner of
_____          the bankruptcy petition preparer.)
                                                           (Required by 11 U.S.C. § 110.)
**X**_____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Renault Winery, Inc._____       **X** */s/ Joseph P. Milza, Sr.*_____    11/13/2014
Printed Name(s) of Debtor(s)                         Signature of Debtor                           Date

Case No. (if known) _____         **X**_____
                                                     Signature of Joint Debtor (if any)            Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only