**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John P. Leon   JL4638<br>Subranni Zauber LLC<br>750 Route 73 South – Suite 307B<br>Marlton, NJ 08053<br>(609) 347-7000; FAX (609) 345-4545<br>Attorneys for Debtors | |
| In Re:<br><br>RENAULT WINERY, INC.[1]<br><br>                      Debtor | Case No.:  14-33075-ABA<br>Judge:  Andrew B. Altenburg, Jr.<br>Chapter 11<br><br>JOINTLY ADMINISTERED |

**NOTICE OF DEBTORS' APPLICATION FOR**
**ENTRY OF AN ORDER AUTHORIZING THE DEBTOR**
**TO EMPLOY AND RETAIN EQUITY PARTNERS HG LLC**
**AS THE DEBTOR'S INVESTMENT BANKER NUNC PRO TUNC**

**PLEASE TAKE NOTICE** that on June 19, 2015 Renault Winery Inc. and the other Debtors in these jointly administered cases listed in footnote 1 below (collectively the "Debtors") filed an application (the "Application") for entry of an order authorizing and approving the employment and retention of Equity Partners HG LLC ("Equity Partners") as the Debtors' investment banker case *nunc pro tunc* to the date the Application was filed.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested must be made in writing and filed with the Court and served upon counsel to the Debtors at Subranni Zauber LLC, Willow Ridge Executive Office Park, 750 Route 73 South, Marlton, N.J. 08053 (Attn: John P. Leon, Esq.) no later than June 26, 2015.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of each Debtor's federal tax identification number, are: Renault Realty, Co., LLC, (9787), Renault Golf, LLC (0618), Renault Winery Properties, LLC (7686), Tuscany House, LLC (6179), and Renault Winery, Inc. (7686).  The mailing address for each of the Debtors is 72 North Bremen Ave., Egg Harbor City, NJ 08215.

PLEASE TAKE FURTHER NOTICE that the Application is being filed on **negative notice**. If no objections are filed and served by the Objection Deadline, the Bankruptcy Court may enter an order granting the Application without further notice or hearing.

Subranni Zauber LLC

/s/ John P. Leon
John P. Leon

June 19, 2015