# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John P. Leon   JL4638<br>Subranni Zauber LLC<br>750 Route 73 South – Suite 307B<br>Marlton, NJ 08053<br>(609) 347-7000; FAX (609) 345-4545<br>Attorneys for Debtors | |
| In Re:<br><br>RENAULT WINERY, INC.[1]<br><br>                                    Debtor | Case No.: 14-33075-ABA<br>Judge: Andrew B. Altenburg, Jr.<br>Chapter 11<br><br>JOINTLY ADMINISTERED |

Recommended Local Form:        ☐ Followed        ■ Modified

## AMENDMENT TO
## APPLICATION FOR RETENTION OF PROFESSIONAL

The applicants, Renault Winery Inc. and the entities identified in footnote 1 below are the debtors in these jointly administered chapter 11 cases ("Debtors"). Debtors hereby amend section 6(a) only of their Application to retain Equity Partners HG LLC ("Equity Partners") as their investment banker, to set forth the following percentages of agreed compensation, which are consistent with the terms of the Equity Partners Retention Agreement filed with Debtors' June 19, 2015 Application to retain Equity Partners:

6.    The proposed arrangement for compensation is as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Renault Realty, Co., LLC, (9787), Renault Golf, LLC (0618), Renault Winery Properties, LLC (7686), Tuscany House, LLC (6179), and Renault Winery, Inc. (7686). The mailing address for each of the Debtors is 72 North Bremen Ave., Egg Harbor City, NJ 08215.

(a) in the case of an equity investment or sale, paid in cash at settlement of any investment and/or sale of assets closed and funded, or upon confirmation of a reorganization plan, for any offers received under the terms of this Agreement and the fee for its services shall be the greater of $100,000 or an amount calculated as follows:

    5% of the first $5,000,000 of Gross Value, and
    3% of Gross Value between $5,000,001 and $10,000,000, and
    4% of Gross Value in excess of $10,000,000, or

WHEREFORE, the applicants respectfully request authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense, in such amounts as the Court may hereafter determine and allow.

                                          Subranni Zauber
                                          Attorneys for the Debtors

                                        By: */s/ John P. Leon*
June 26, 2015                                 John P. Leon